# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 09-3071**

**September Term, 2014**

**1:05-cr-00367-RMC-1**

**Filed On:** February 6, 2015

United States of America,

        Appellee

        v.

Jaron Brice, also known as Jay Bird, also known as Daddy, also known as Bird, also known as Jay,

        Appellant

**BEFORE:** Kavanaugh, Circuit Judge; Williams and Sentelle, Senior Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the majority opinion and opinion concurring in the judgment reissued on May 16, 2014, be replaced with the amended opinions issued herein this date.

The Clerk is directed to issue an amended judgment.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Jennifer M. Clark
        Deputy Clerk